In The United States District Court
Southern District Mississippi

Nicholas D. Brown

vs.

Hon. Charles Savell

3:22-CV-84-DPJ-RPM



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
FEB 17 2022
ARTHUR JOHNSTON
BY_____ DEPUTY

## Habeas Corpus

Comes Now, Nicholas Brown, and files this his Habeas Corpus to show unto the court the following to wit:

On February 10, 2022, Nicholas Brown, was convicted by a non-jury trial in the Simpson County Justice Court, presided by judge Charles Savell, Mendenhall, MS, on a crime of Stalking/Harrassing and was sentenced to 3½ years in the County jail.

### remedies exhausted

Brown has filed for a retrial on the ground of being deprived of a fair trial, by being denied his 6th Amendment right to counsel in the Simpson County Justice Court, Mendenhall, MS 39114. He has filed two motions for reconsideration/recall of sentence in the same court.

### Statement of facts

In Oct. 2021, Nicholas Brown, was arrested on a Stalking/Harrassment Charge. He bonded out. Brown was arrested again for violating a No contact order that he was unaware of. He was able to bond out again.

November 4, 2021, Brown attended his Initial appearance and pled not guilty to the charge. He also asked what was the consequences

if he was found guilty. The Judge and the clerk told him it would be a fine of $678.00 and gave him a card with that amount on there with Dec. 16, 2021 as the court date. Brown informed the court, that this was his friend, who he haven't seen since 2012, and he was trying to see her and surprise her.

November 12, 2021, Brown was arrested for Violating the No contact Order, his bond was revoked. At the initial appearance on the violation he admitted to the court that he contacted his friend's mom to see was he doing anything wrong and to see was she coming to court, because he was going to bring flowers and propose to her.

December 16, 2021, Brown could not attend court because he tested positive for Covid, and it was re-set for January 13, 2022.

January 13, 2022, Brown could not attend court due to covid, but he witnessed several inmates go to court and receive a fine, or time served; one in particular who had a stalking charge, disorderly conduct charge, possession of paraphanelia charge, and a domestic violence third offense receive time serve after serving three months.

On January 15, 2022 Brown exercised his inmate right to visit with family and friends via mail, and sent his friend 3 letters and a Holiday Season post-card. All Non-life threatening or to cause harm or bodily injury. Brown received 4 Violation T.P.O/condition of Bond, he received one on January 21, 2022, and the other three February 2, 2022.

Brown attended his initial appearance February 4, 2022, and admitted that he mailed three letters and a post card, but he had no knowledge of a Technical Protection Order. He also tried to plead guilty to them after trying to explain to the court, that he did not violate because he was not on bond, as the Violation T.P.O clearly states

as a condition of bond, and as an Inmate he have a right to send non life threatening or intimidating mail to his family and friends. He also asked if he could be fined if he pled guilty but the Court would not accept his plea, but set his court date for February 10, 2022.

## Statement of the case

On Thursday, February 10, 2022, a non-jury trial was held on the stalking/Harrassing charge. The Victim along with her father beside her admitted that they knew Nicholas Brown, but haven't seen him in awhile, and admitted that, that was him standing in court.

- The prosecuting attorney ask the victim how has he been Stalking You? The victim testified "he has been trying to contact me through social media, and through my family, my brother, my mother, and my dad."
- The state rested
- Brown who was without an attorney, testified, "this is my friend," (called her by her nickname) "who I haven't seen in ten years", admitted to trying to contact her, but he was just keeping his word from when they last talked in 2017. He stated that he called her from prison he was serving a 24 yr sentence, but his case was in Supreme Court, about to be overturned, they agreed when he got out that they were getting married. He also stated that he was just trying to see her again to ask her to marry him.
- The prosecuting attorney refused to allow the court to examine the evidence on the No contact orders or check the severity of them to see were there any probable cause for a protection order, (T.P.O) State rested.
- The Judge found him guilty on 1 count of Stalking/Harrassing

and sentenced Brown to 6 months, he also found Brown guilty of violating two No contact orders and four T.P.O violations and sentenced him to 6 months each for a total of 3½ years in the county jail.

### relief sought

I respectfully asks this Honorable Court to investigate this case, and the no contact order see is it lawful to have more than one in the same day by the same person, and to see if it violate the inmate right to visit with family and friends via non lifethreating or intimidating mail. 2) If it's possible to be fined for violating the T.P.O by sending 3 friendly letters and a Holiday Season post-card, and a text message. 3) reconsider the sentence 4) to retrial. 5) any relief this Honorable court deem necessary.

My peace I Bring
Nicholas D. Brown

This the 14th day of February 2022.