UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

NICHOLAS D. BROWN                                                                              PETITIONER

V.                                                                     CIVIL ACTION NO. 3:22-CV-84-DPJ-RPM

HONORABLE CHARLES SAVELL                                                            RESPONDENT

FINAL JUDGMENT

For the reasons stated, this case is dismissed without prejudice for Respondent's repeated failure to comply with court orders.  *See* Fed. R. Civ. P. 41(b); *Griggs v. S.G.E. Mgmt.*, 905 F.3d 835, 844 (5th Cir. 2018); *Webb v. Morella*, 457 F. App'x 448, 452–53 (5th Cir. 2012).

**SO ORDERED AND ADJUDGED** this the 13th day of September, 2022.

                                                      s/ *Daniel P. Jordan III*
                                                      CHIEF UNITED STATES DISTRICT JUDGE